**Order entered October 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01041-CV
No. 05-15-01042-CV
No. 05-15-01043-CV
No. 05-15-01044-CV

**IN THE INTEREST OF M.W., ET AL., CHILDREN**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-10-13224-U, DF-13-18933-U, DF-14-010751-U, and DF-13-18931-U**

## ORDER

We **GRANT** Mother's and Father's September 30, 2015 motions for extension of time to file briefs and **ORDER** the briefs be filed no later than October 30, 2015. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/     DAVID L. BRIDGES
           PRESIDING JUSTICE